UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-306(ESH)** |
| | : | |
| v. | : | |
| | : | |
| **DUFFIE LEE YOUNG,** | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Rhonda Campbell, at (202) 514-9519. Rhonda Campbell will substitute for Assistant United States Attorney Angela Hart-Edwards as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

_____/s/_____
Rhonda Campbell
Assistant United States Attorney
Federal Major Crimes, Bar No.462402
555 4th Street, NW, Room 4239
Washington, DC 20530
(202) 514-9519
**Rhonda.Campbell@usdoj.gov**