CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Number 07-306 (ESH) |
| ) | |
| DUFFY LEE YOUNG ) | Category   B |
| ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on <u>March 11, 2008</u> from <u>Judge Ellen Segal Huvelle</u> to <u>The Calendar Committee</u> by direction of the Calendar Committee.

(Defendant has been a fugitive for more than 90 days.)

<u>JUDGE ELLEN SEGAL HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Huvelle</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      U.S. Attorney—Judiciary Square Building, Room 5133
      Statistical Clerk